DAN SCHWARTZ, Respondent, v. MICHAEL TODD, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Dore and Callahan, JJ., dissent and vote to reverse and grant judgment in favor of the defendant.

In the Matter of the Accounting of BANK OF NEW YORK as Trustee under the Will of ANDREW R. CULVER, Deceased, Appellant. RUSH TAGGART, as Special Guardian for HELEN M. GREENE and others, et al., Respondents.— Final decree, so far as appealed from, affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Townley and Untermyer, JJ., dissent and vote to reverse.

MICROMATIC PRODUCTS, INC., Respondent-Appellant, v. FRUMIT REALTY CORPORATION, Appellant-Respondent.— The court at Special Term correctly held that the defense as pleaded was clearly insufficient in law. However the defense should also have been stricken out under rule 103 of the Rules of Civil Practice. The court should have considered the affidavits. (*Zwerdling* v. *Bent*, 264 App. Div. 195.) Accordingly the order appealed from should be reversed insofar as it denies the motion to dismiss the defense contained in paragraphs 3 to 8 of defendant's answer, pursuant to rule 103 of the Rules of Civil Practice, and the said motion granted, and, insofar as said order grants the motion to dismiss the defense pursuant to subdivision 6 of rule 109 of the Rules of Civil Practice, it should be affirmed, with twenty dollars costs and disbursements to the plaintiff. Settle order on notice. Present – Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.